UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEIGH GUERRERO and DAVID
GUERRERO, as the Parents and Natural
Guardians of H.G., a minor,

    Plaintiffs,                                    CASE NO.: 8:19-cv-1609-T-02CPT

v.

LIVEYON, LLC, a foreign Limited Liability
Company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, LEIGH GUERRERO and DAVID GUERRERO, as the Parents and Natural Guardians of H.G., a minor, by and through the undersigned attorney, hereby respectfully submit this Notice of Settlement, and inform the Court as follows:

Plaintiffs, LEIGH GUERRERO and DAVID GUERRERO, as the Parents and Natural Guardians of H.G., a minor, and Defendant, Liveyon, LLC, have reached an agreement to resolve the claims pending in this action against Defendant, Liveyon, LLC.

The parties are in the process of finalizing a settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Accordingly, this case should be removed from the Court's trial docket of March 1, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed and served using the CM/ECF Filing Portal this 1st day of October, 2019 to the attached Service List.

/s/ Brent R. Bigger
Shane A. Newlands, ESQUIRE
Florida Bar No.: 823961
Brent R. Bigger, ESQUIRE
Florida Bar No.:823961
**PAUL | KNOPF | BIGGER**
840 South Denning Drive, Suite 200
Winter Park, FL 32789
Phone: (407) 622-2111
Facsimile: (407) 622-2112
Primary Email: brent@pkblawfirm.com
Secondary Email: shane@pkblawfirm.com
Additional Email: vielka@pkblawfirm.com

*Counsel for Plaintiffs*

## SERVICE LIST

Christian M. Gunneson Esquire
Wood, Smith Henning & Berman LLP
1501 S. Church Avenue
Suite 200
Tampa, FL 33629
Work: (813) 422-6915
Cell: (813) 538-3945
cgunneson@wshblaw.com